Marsha Ann SCUDIERO, Respondent,

v.

Lawrence V. SCUDIERO, Appellant.

No. WD 63772.

Missouri Court of Appeals, Western District.

July 12, 2005.

David B. King III, Platte City, MO, for appellant.

William E. Shull, Jr. Liberty, MO, for respondent.

Before HOLLIGER, P.J., BRECKENRIDGE and ELLIS, JJ.

## ORDER

PER CURIAM.

Lawrence Scudiero appeals the trial court's judgment dissolving his marriage to Marsha Scudiero. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule
84.16(b).